IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01054-BNB

JOHNN A. VIDMAR,

Plaintiff,

v.

DEPUTY S. STEINMAN, and
DEPUTY STILES, Of the Jefferson County Sheriff's Department,

Defendants.

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED July 29, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01054-BNB

Johnn A. Vidmar
5425 Nolan St.
Arvada, CO 80002

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/29/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk