**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01054-LTB-KMT

JOHNN A. VIDMAR,

       Plaintiff,

v.

DEPUTY S. STEINMAN, and
DEPUTY STILES, of the Jefferson County Sheriff's Department

       Defendants.

---

**ORDER**
---

This case is before me on the recommendation of the Magistrate Judge issued and served on March 16, 2011 (Doc 42). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted. Defendants' Motion to Dismiss (Doc 28) is GRANTED and this action is DISMISSED.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: April 4, 2011